USA-74-24B
(Rev. 05/01)

## CRIMINAL DOCKET

HOUSTON DIVISION

No. 4:18cr430

USAO Number: 2018R10477

Magistrate Number:

Filed: JUL 25 2018 — David J. Bradley, Clerk of Court

Judge: Hughes

CRIMINAL INDICTMENT

ATTORNEYS:

UNITED STATES of AMERICA
vs.

RYAN K. PATRICK, USA          (713) 567-9000

MICHAEL CHU, AUSA             (713) 567-9693

DERRICK ERVIN

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 3 )

Count 1: Conspiracy to commit Wire Fraud [18 U.S.C. § 1349]
Count 2: Conspiracy to commit Money Laundering [18 U.S.C. § 1956(h)]
Count 3: Aggravated Identity Theft [18 U.S.C. § 1028A(a)(1)]

**PENALTY:**
Count 1: Up to 20 years imprisonment, $250,000 fine, 3 years supervised release, and $100 s/a.
Count 2: Up to 20 years imprisonment, fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, 3 yrs supervised release, and $100 s/a.
Count 3: Up to 2 years imprisonment consecutive, $250,000 fine, 1 year supervised release, and $100 s/a

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: