United States District Court
Southern District of Texas
**ENTERED**
July 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § | |
| DERRICK ERVIN | § § § § § § § § § § § | 18CR430 |

## ORDER FOR ISSUANCE OF NOTICE

A ___CRIMINAL INDICTMENT___ has been filed against the defendant who is

☐ Released on Conditions   ☑ Detained   ☐ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant _August 2, 2018_

at _10:00 am_

SIGNED at Houston, Texas, on _July 25_, 20_18_.

_[signature]_
UNITED STATES MAGISTRATE JUDGE