| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| United States of America | § | Notice of Resetting |
| versus | § | |
| | § | Criminal H-18-430 |
| Derrick Ervin | § | |

You are directed to appear for a

Rearraignment

on
November 19, 2018
2:30 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

*Defendant(s) required to attend:* yes

Copies:   AUSA   Michael Chu
          Defense Counsel   Darryl Austin
          U.S. Probation Office

David J. Bradley,
Clerk of Court

By: /s/ Jmcluse                                  November 16, 2018
    Deputy Clerk                                 Date